IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| PAULETTE BROWN ) | |
| MAURICE HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | |
| ) | |
| CITY OF CHICAGO ) | 19-cv-08466 |
| a municipal corporation; ) | |
| CPD Officer Pers. ID PC0A198; ) | |
| CPD Officer, Pers. ID PC0Y872; ) | Hon. Judge Elaine E. Bucklo |
| CPD Officer, Pers. ID PC0X690; ) | Hon. Magistrate Judge Jeffery T. Gilbert |
| Christoph Murrah, Pers. ID PC0AO56 ) | |
| Star #18003; ) | |
| Brian Campbell Jr., Star #20380; ) | |
| Ricardo J. Torres, Star #19482; ) | |
| Angel Gutierrez Star #19482; ) | |
| ) | |
| Defendants. ) | |

_____

## NOTICE OF FILING

To:   Kyle A. Rockershousen
      Maxwell Evan Lisy
      City of Chicago Department of Law
      Federal Civil Rights Litigation Division
      30 N. LaSalle Street, Suite 800
      Chicago, IL 60602


**PLEASE TAKE NOTICE** that I, the undersigned, on February 25, 2020, caused to be electronically filed with the United States District Court for Northern District of Illinois, the Plaintiff's First Amended Complaint, a copy of which is attached hereto and served upon you.

                                              _Loren V. Jones_
                                              Loren V. Jones
                                              One of the Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

  I, Loren V. Jones, an attorney, certify that I caused to be served the attached Notice and Filing to the above individuals, electronically or by depositing the same in the U.S. mail, postage pre-paid from Chicago, Illinois, on February 25, 2020.

                Loren V. Jones
                Loren V. Jones